# United States District Court
## For The Western District of North Carolina
## Statesville Division

FREDERICK L. BLUE,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                              CASE NO. 5:07CV108

APPALACHIAN STATE UNIVERSITY
AND CALDWELL COMMUNITY COLLEGE,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2009, Order.

      Signed: March 16, 2009

      *Frank G. Johns*

      Frank G. Johns, Clerk
      United States District Court